Amy M. Samberg, Esq.
Nevada Bar No. 10212
Justin S. Hepworth, Esq.
Nevada Bar No. 10080
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile  (702) 784-5252
Email: asamberg@swlaw.com
Email: jcools@swlaw.com

Attorneys for Defendant
LIBERTY INSURANCE CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN PETERSON,<br><br>  Plaintiffs,<br><br>vs.<br><br>LIBERTY INSURANCE CORPORATION; AND DOES 1 THROUGH 100,<br><br>  Defendants. | CASE NO.: 2:11-cv-00980-ECR-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ORDER GRANTING |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff STEVEN PETERSON and Defendant LIBERTY INSURANCE CORPORATION through their respective counsel of record that the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys fees.

Respectfully submitted this 29 day of March, 2012.

SNELL & WILMER L.L.P.

By: _____
Amy M. Samberg, Esq.
Justin S. Hepworth, Esq. .
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
Attorneys for Defendant
LIBERTY INSURANCE CORPORATION

DE CASTROVERDE LAW GROUP

By: _____
Orlando De Castroverde, Esq.
Alex J. De Castroverde, Esq.
1149 South Maryland Parkway
Las Vegas, NV 89104
Attorneys for Plaintiff
STEVEN PETERSON

14694039.1

**ORDER**

IT IS SO ORDERED that the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorney fees.

DATED this 13th day of August 2012.

*Edward C. Reed*
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

Amy M. Samberg
Nevada Bar No. 10212
Justin S. Hepworth
Nevada Bar No. 11941
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Liberty Insurance Corporation*